

# United States Court of Appeals
## For the First Circuit

---

No. 08-2177

UNITED STATES OF AMERICA,

Appellee,

v.

JULIO CARTAGENA,
a/k/a Triste, a/k/a Joselín, a/k/a Charlie,
a/k/a Félix, a/k/a José Mejía,

Defendant, Appellant.

---

### JUDGMENT

Entered: January 29, 2010

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Ms. Lawrence, Mr. Tobin, Ms. Chaitowitz, Mr. Gallagher & Mr. Rose.

Certified and Issued
as mandate under
Fed. R. App. P. 41

Margaret Carter, Clerk

Deputy Clerk

02/22/2010